KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT 21  AM 11: 52

DISTRICT OF UTAH
MAIL

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| RYAN KNIGHT TADJE<br>CYNTHIA B. TADJE | Bankruptcy No. 10-31548 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92005731855066.

3. The amounts are as follows:

Nordstrom fsb                                                         $ 3.99
P.O. Box 6566
Englewood CO 80155

4. A check in the amount of $3.99, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this ___15___ day of ___October___, 2011.

_____
KENNETH A. RUSHTON, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this _15_ day of _October_, 2011.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111